UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

NOV 0 1 2007

MICHAEL N. MILBY, CLERK OF COURT

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>$41,500.00 IN U.S. CURRENCY,<br>　　　　Defendant. | CIVIL ACTION NO. H-07-2221 |

### VERIFIED ANSWER TO COMPLAINT FOR FORFEITURE IN REM

Claimant, Gustavo Blacio, files this Verified Answer in response to the Verified Complaint filed by the United State of America, Plaintiff.

1. Claimant neither admits nor denies. Mr. Blacio had in his possession the reporting document but failed to file it when rushing to his connecting flight at Houston Airport.

2. Admits.

3. Admits.

4. Admits.

5. Admits as to the date and flight number but neither admits nor denies the rest of the paragraph as Claimant has no recollection of the alleged conversation.

6. Claimant neither admits nor denies. Claimant has no recollection of the alleged conversation.

## RELIEF REQUESTED

Claimant requests that the relief requested by the Plaintiff be denied and the $41,500.00 in U.S. Currency be returned to the Claimant.

Dated: 10/29/07

Respectfully submitted,

*/s/ Bernard Lambert*
Bernard Lambert, Esq.
Attorney-in-Charge
NJ Bar No.
Lambert & Lambert, P.C.
128 Ferry Street
Newark, New Jersey 07105
Office (973) 589-1402
Fax (973) 589-9104

## VERIFICATION

I, Bernard Lambert, Esq., declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this Verified Answer to Complaint for Forfeiture In Rem, and that the facts stated in the answer are based upon information obtained from my client, Gustavo Blacio, claimant and are true and correct to the best of my knowledge and belief.

Dated: 10/29/07

*/s/ Bernard Lambert*
Bernard Lambert, Esq.
Attorney-in-Charge for Claimant