UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. H-07-2221 |
| | § | |
| $41,500.00 IN U.S. CURRENCY,<br>Defendant. | §<br>§<br>§ | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The Unopposed United States' Motion for an Agreed Order of Forfeiture and Final Judgment is granted.

The Court finds under 28 U.S.C. §2465(a)(2) that there was reasonable cause for the seizure of Defendant *in rem* $41,500.00.

It is ORDERED that:

1. $22,825.00 of Defendant property is forfeited to the United States. The United States Department of Homeland Security shall dispose of the funds,

2. The United States Department of Homeland Security shall return $18,675.00 of Defendant property to Gustavo Blacio, Claimant, by sending a check payable to Gustavo Blacio, c/o Bernard Lambert, Esq., Lambert & Lambert, 128 Ferry Street, Newark, NJ 07105-2115,

3. Claimant Gustavo Blacio will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action,

4. Claimant Gustavo Blacio will bear their costs including attorneys' fees, and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on January 4, 2008, at Houston, Texas.

_____
Melinda Harmon
United States District Judge


Agreed as to form and substance:

_____
Gustavo Blacio, Claimant

_____
Bernard Lambert, Esq.,


/s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney